Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-132-209**

Effective date of registration:

March 5, 2013

---

## Title

**Title of Work:** Blaine Harrington III Photography 20120116-20121129 12,692 Unpublished Photos

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** Blaine Harrington III
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Blaine Harrington III
7533 South Overlook Way, Littleton, CO, 80128, United States

## Limitation of copyright claim

**Material excluded from this claim:** text, jewelry design, architectural work, 2-D artwork, sculpture, map

**New material included in claim:** photograph(s)

## Rights and Permissions

**Name:** Blaine Harrington III
**Email:** blaineharr@comcast.net   **Telephone:** 303-932-9062
**Address:** 7533 South Overlook Way
Littleton, CO 80128 United States

## Certification

**Name:** Blaine G. Harrington III
**Date:** March 5, 2013