Exhibit "B"

Page 1
Santa Barbara, California TRAVEL GUIDE with Kids – | Baby Gizmo
https://babygizmo.com/fun-things-santa-barbara-california/



VIDEOS   REVIEWS   MOM TIPS   FOOD   TRAVEL   CRAFTS & DIY   CONTACT US

Home > Travel Reviews > California > Santa Barbara, California TRAVEL GUIDE with Kids

PUBLISHED: JUNE 5, 2014 - LAST UPDATED: MAY 10, 2022    ·    CALIFORNIA, TRAVEL REVIEWS

BY: HOLLIE SCHULTZ

## Santa Barbara, California TRAVEL GUIDE with Kids

This post may contain affiliate links. Please read my disclosure policy.

**Sharing is caring!**

 Facebook     Twitter     Pinterest

Today we're talking all about the beautiful city of Santa Barbara, California. Santa Barbara is a few hours north of Los Angeles. It is a gorgeous city full of beautiful buildings, lots of character, and the best weather. There's also, of course, plenty of entertainment and things to do there! Today I've rounded up some fun things to do in Santa Barbara that are perfect for the whole family.

**Contents** [ hide ]

1  Santa Barbara Zoo
2  State Street
3  Shoreline Park
4  Santa Barbara Bowl
5  Hit the beach
6  Granada Theater
7  Mission Santa Barbara
8  Maritime Museum
9  Court House
10  Lotus Land
11  Museum Of Art
12  OTHER CALIFORNIA TRAVEL GUIDES



### Santa Barbara Zoo

The kids won't want to miss the zoo. When I was a little girl my family took me here and I will never forget meeting the famous giraffe, Gemin, a with the crooked neck. She passed in 2008 but the zoo is still amazing and kept up very well. Adults are just $15 and children $50.



Photo Source: SB ZOO

### State Street

My kind of place. State Street offers seven whole miles of shops! Get some serious shopping done here on your next visit!

**About Us**

Baby Gizmo is one of the most popular family lifestyle sites in the world dedicated to recipes, family travel, parenting, review, tips, videos, fashion, and humor. So happy to have you here! Meet the Team here...

FEATURED IN...


 
 

**Recent Posts**

9 Perfect Peanut Recipes

How to Meal Plan for Those of Us Who Can't Even

The Best Valentine's Day Cookie Recipes

10 Valentine's Day Toddler Craft Ideas

7 Adorable Kids Bathroom Decor Ideas








### Shoreline Park

Beach, okay, and breath taking views. You can bike here, bring a picnic lunch, or just take in the scenery.



### Santa Barbara Bowl

I once made a quick day trip to Santa Barbara to see my favorite band, The Killers, play. It's a great place to catch amazing shows next time you visit.









### Hit the beach

Don't forget to make a trip to the beach while you're in town!



Photo Source: The Granada

### Granada Theater

Check the website to see what is currently going on at the theater and be sure to check out a performance here!



Photo Source: Mission Santa Barbara

### Mission Santa Barbara

Take in a piece of history by visiting this beautiful mission. Entrance is free but you can always make donations and be sure to check out the gift shops too.



Photo Source: Maritime Museum

### Maritime Museum

Located on the water's edge of the Santa Barbara Harbor, the Santa Barbara Maritime Museum contains exciting & educational exhibits set inside of nearly 8,000 square feet of Museum space. Entrance also includes films played on their big screen throughout each day.

### Court House

The Santa Barbara court house is a gorgeous historic building that is definitely worth exploring. You can get fabulous photos here, check out the library and mural room, and so many other things.



Photo Source: Lotus Land

### Lotus Land

This place is a 37 acre botanical garden that is just gorgeous! Adults are $45 and children over two years are $20. You MUST buy tickets and make reservations in advance.







## Museum Of Art

Santa Barbara Museum Of Art contains many exhibits that are constantly changing so there is always something big, beautiful, and new here. Admission is $10.



Do you live in Santa Barbara or have you ever visited before? What fun things would you add to my list? Leave us a comment and share!

**OTHER CALIFORNIA TRAVEL GUIDES**

San Diego Travel Guide

Omni Rancho Las Palmas Palm Springs Travel Guide

Venice Beach Travel Guide

Palm Springs Travel Guide

Long Beach Travel Guide

Pasadena Travel Guide



PREVIOUS
Dark Chocolate Peanut Butter Toffee Cookies

NEXT
Every Mom Needs Birkenstocks

**COMMENTS**

**COMMENT**

Write your comment...

NAME *
Name

EMAIL *
Email

COMMENT

This site uses Akismet to reduce spam. Learn how your comment data is processed.

Page 5
Santa Barbara, California TRAVEL GUIDE with Kids – | Baby Gizmo
https://babygizmo.com/fun-things-santa-barbara-california/

**LET'S CONNECT**

I love to connect with my readers through social media! Can't wait to meet you!

- Baby Gizmo YouTube
- Mr. Gizmo YouTube
- Facebook
- Pinterest
- Instagram
- Twitter

**CONTACT INFO**

Learn more about us and our fantastic team!

- Hollie Schultz – About Us
- Meet The Team
- Contact
- Privacy
- Submit a Product

**SEARCH THE SITE**

[Enter search keywords]

Copyright © 2023 Baby Gizmo | Trellis Framework by Mediavine