AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Case # 1:23-CV-5306

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 08.17.23 |
| NAME OF SERVER (PRINT) Jim Joyce | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 2340 Des Plaines River Road, Ste. L12, Des Plaines, IL 60018

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 08.17.23
9:47 A.M.

Signature of Server

1560 Sherman Ave., Evanston, IL 61201
Address of Server

---

**SPIEGEL & UTRERA, P.A.**
LAWYERS

MICHAEL C. WELCHKO
COUNSELOR & ATTORNEY AT LAW

CONTINENTAL OFFICE PLAZA, SUITE L12
2340 DES PLAINES RIVER ROAD • DES PLAINES, IL 60018
(312) 443-1500 • FAX (312) 258-9400

ATTORNEYWELCHKO@AMERILAWYER.COM
WWW.AMERILAWYER.COM