IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:23-cv-05306

MAUREEN HARRINGTON, as personal representative for the Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

BABY GIZMO COMPANY
d/b/a BABYGIZMO.COM,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("Plaintiff") respectfully moves the Court for an order extending the time for defendant Baby Gizmo Company d/b/a BabyGizmo.com ("Defendant") to file its response to Plaintiff's Complaint, and states as follows:

1. Plaintiff served its Complaint upon Defendant on August 17, 2023. Defendant's response is due on September 7, 2023 [D.E. 4].

2. On September 1, 2023, undersigned counsel was contacted by counsel for Defendant, Griffin Klema, Esq., who indicated that he was recently retained and Defendant needs additional time to investigate the allegations of the Complaint.

3. Both Defendant and undersigned counsel for Plaintiff agreed to extend the deadline by 30 days to allow Defendant to investigate the allegations and properly respond.

4. The requested extension of time is being made in good faith and prior to the expiration date for Defendant's response.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Defendant an extension of time, through and including October 7, 2023, to file its response to the Complaint.

                                                                            Respectfully submitted,

Dated: September 5, 2023.            COPYCAT LEGAL PLLC
                                                  3111 N. University Drive
                                                  Suite 301
                                                  Coral Springs, FL 33065
                                                  Telephone: (877) 437-6228
                                                  dan@copycatlegal.com

                                                  By: /s/ Daniel DeSouza_____
                                                       Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

                                                  /s/ Daniel DeSouza___
                                                  Daniel DeSouza, Esq.