# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maureen Harrington

        Plaintiff,

v.               Case No.: 1:23−cv−05306
                  Honorable Steven C. Seeger

Baby Gizmo Company

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

  MINUTE entry before the Honorable Steven C. Seeger: The unopposed motion for extension of time to respond to complaint (Dckt. No. [7]) is granted. Defendant shall respond to plaintiff's complaint by October 7, 2023. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.