## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maureen Harrington

                   Plaintiff,

v.                                     Case No.: 1:23–cv–05306
                                     Honorable Steven C. Seeger

Baby Gizmo Company

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 6, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed Defendants' motion to stay. (Dckt. No. [14]) The motion did not reveal whether it is opposed. A response is due by November 17, 2023. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.