UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Case No. 1:23-cv-05306-SCS

MAUREEN HARRINGTON,
as personal representative for the
Estate of BLAINE HARRINGTON III,

    Plaintiff,

v.

BABY GIZMO COMPANY
d/b/a BABYGIZMO.COM,

    Defendant.

### DEFENDANT'S SUPPLEMENTAL CERTIFICATE OF PRE-FILING GOOD FAITH CONFERRAL WITH PLAINTIFF

Defendant, Baby Gizmo Company, by and through its attorney, Griffin Klema, Esq., and pursuant to the Court's minute entry on November 6, 2023, [ECF 15], hereby supplements the pre-filing certificate of good faith conferral respecting its motion to stay these proceedings, [ECF 14 at 5].

### SUPPLEMENTAL CERTIFICATE OF COUNSEL

I hereby certify that on November 1, 2023, I spoke with James D'Loughy, Esq., counsel for plaintiff Maureen Harrington, by telephone for twenty-seven minutes, both with respect to defendant Baby Gizmo's motion for judgment on the pleadings [ECF 13] and with respect to defendant's motion to stay the proceeding [ECF 14] pending a decision on that motion or alternatively with respect to the Supreme Court's decision in Nealy. Counsel for plaintiff would not agree to a stay on either basis, and likewise opposes defendant's relief in its motion for judgment on the pleadings. No meaningful narrowing of the issues was possible, and plaintiff

Harrington made clear that she intends on using the litigation itself as leverage in negotiating a settlement given the potential increasing liability under 17 U.S.C. § 505 (plaintiff's claim to attorney's fees), as her counsel has done in prior lawsuits, a copy of which is attached hereto.

   /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendant*
*Admitted pro hac vice*