# Griffin C. Klema, Esq.

| | |
|---|---|
| **From:** | James D'Loughy <james@copycatlegal.com> |
| **Sent:** | Thursday, February 10, 2022 7:09 PM |
| **To:** | griffin@klemalaw.com |
| **Subject:** | RE: Affordable Aerial Photography, Inc. v. John Abdelsayed and Trends Realty USA Corp - CASE NO. 9:21-cv-81331-AMC |
| **Flag Status:** | Flagged |

FRE 408 INADMISSABLE SETTLEMENT COMMUNICATION

Hello Griffin,

Thanks for reverting back to me. Because the gap is so large ($35,000 to $750), it is somewhat pointless to inch back and forth between these two gaping numbers and that is why I asked for Mr. Abdelsayed for a range/bracket that he is comfortable negotiating a settlement of this case. To be perfectly blunt, $750 (or anywhere close to it) is not an offer our client would consider and likewise, I imagine, $35,000 is also not an offer Mr. Abdelsayed would consider—especially since he is not incurring attorney's fees at this time. That said, I respect Mr. Abdelsayed's position and what I would say to you (without any promises because I have not spoken to the client) is that in my experience AAP would likely consider to settle this case anywhere between $5,000 to $10,000. If you think that you can get Mr. Abdelsayed somewhere in this range, let's talk about it. Otherwise, I am not sanguine that AAP will come down any lower—especially as more fees and costs accrue.

Let me now if you want to discuss with me.

Regards,



**James D'Loughy, Esq.**
Shareholder

| | |
|---|---|
| Copycat Legal PLLC | **T** 877-HERO-CAT (877-437-6228) |
| 3111 North University Drive, | **E** james@copycatlegal.com |
| Suite 301 | www.copycatlegal.com |
| Coral Springs, Florida 33065 | |



This transmission is being sent by an attorney and all legal related communications are (i) subject to Attorney-Client Privilege, (ii) attorney Work Product and/or (iii) strictly confidential.



This e-mail is intended for the use of the person or persons to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 561-622-7788 and return the original message to us at the listed e-mail address. Thank you.

**Debt Collection Disclosure**: This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will used for that purpose.

**Bankruptcy Disclosure**: Please be advised that if you are a debtor in bankruptcy or have been discharged in bankruptcy, this email does not represent, and is not intended to be a demand for payment. In such cases, this email is provided for information purposes only and is not an attempt to collect a debt. You should consult legal counsel regarding your obligations, if any, to pay the delinquency. If you previously received a discharge in a bankruptcy case involving the purported debt and did not sign a reaffirmation agreement, then this email is not an attempt to collect a debt from you personally. This law firm is seeking solely to collect/foreclose on the Association's lien on real estate and this law firm will not be seeking a personal money judgment against you,

**Tax Advice Disclosure:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. Please be advised that our normal letters and e-mails to you are not intended to meet the "Covered Opinion" Test.

---

**From:** Griffin C. Klema, Esq. <griffin@klemalaw.com>
**Sent:** Thursday, February 10, 2022 5:15 PM
**To:** James D'Loughy <james@copycatlegal.com>
**Subject:** RE: Affordable Aerial Photography, Inc. v. John Abdelsayed and Trends Realty USA Corp - CASE NO. 9:21-cv-81331-AMC

Good afternoon James,

I spoke with my client, and to answer your question about whether he's willing to settle, the answer generally, is yes. Naturally, it's going to come down to the terms of settlement. If you recall, he made an offer of $750 ████████████████████████, which AAP rejected. So the ball is in its court to make a counter-offer and not have Mr. Abdelsayed bid against himself.

As for the stated motion practice, I have not been advised of what the AAP's apparent concerns might be. As I had tried to suggest to Dan, I'm not unreasonable and am always receptive to the other side's argument, and try to get to the crux of the concern prior to investing in a formal motion. IF there's anything in particular that you of Dan would like to discuss before spending time drafting a motion, please let me know.

Sincerely,



**GRIFFIN KLEMA**
Patent & Trial Attorney
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

---

**From:** James D'Loughy <james@copycatlegal.com>
**Sent:** Monday, February 7, 2022 5:30 PM
**To:** Griffin C. Klema, Esq. <griffin@klemalaw.com>
**Subject:** RE: Affordable Aerial Photography, Inc. v. John Abdelsayed and Trends Realty USA Corp - CASE NO. 9:21-cv-81331-AMC

FRE 408 SETTLEMENT COMMUNICATIONS

Griffin,

2

==Dan is working on more motions in this case which will further drive costs up making settlement more difficult t==o achieve. Further to our phone on or about January 27, did you have a chance to discuss settlement brackets with your client? Please let me know.
Thanks,
James



**James D'Loughy, Esq.**
Shareholder

Copycat Legal PLLC
3111 North University Drive,
Suite 301
Coral Springs, Florida 33065

**T** 877-HERO-CAT (877-437-6228)
**E** james@copycatlegal.com
www.copycatlegal.com



This transmission is being sent by an attorney and all legal related communications are (i) subject to Attorney-Client Privilege, (ii) attorney Work Product and/or (iii) strictly confidential.

 PLEASE CONSIDER THE ENVIRONMENT BEFORE CHOOSING TO PRINT THIS E-MAIL.

This e-mail is intended for the use of the person or persons to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient or employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 561-622-7788 and return the original message to us at the listed e-mail address. Thank you.

**Debt Collection Disclosure**: This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will used for that purpose.

**Bankruptcy Disclosure**: Please be advised that if you are a debtor in bankruptcy or have been discharged in bankruptcy, this email does not represent, and is not intended to be a demand for payment. In such cases, this email is provided for information purposes only and is not an attempt to collect a debt. You should consult legal counsel regarding your obligations, if any, to pay the delinquency. If you previously received a discharge in a bankruptcy case involving the purported debt and did not sign a reaffirmation agreement, then this email is not an attempt to collect a debt from you personally. This law firm is seeking solely to collect/foreclose on the Association's lien on real estate and this law firm will not be seeking a personal money judgment against you,

**Tax Advice Disclosure:** To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein. Please be advised that our normal letters and e-mails to you are not intended to meet the "Covered Opinion" Test.

---

**From:** Griffin C. Klema, Esq. <griffin@klemalaw.com>
**Sent:** Wednesday, January 26, 2022 7:21 PM
**To:** James D'Loughy <james@copycatlegal.com>
**Subject:** RE: Affordable Aerial Photography, Inc. v. John Abdelsayed and Trends Realty USA Corp - CASE NO. 9:21-cv-81331-AMC

I can squeeze in a call tomorrow afternoon. I'm doing trial prep, but can shift things. Call at your convenience.