IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:23-cv-05306

MAUREEN HARRINGTON, as personal
representative for the Estate of BLAINE
HARRINGTON III,

    Plaintiff,

v.

BABY GIZMO COMPANY
d/b/a BABYGIZMO.COM,

    Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("Plaintiff") respectfully moves the Court for an order extending the time for Plaintiff to file her responses to Defendant Baby Gizmo Company d/b/a BabyGizmo.com's ("Defendant") Motion for Judgment on the Pleadings and Motion to Stay, and states as follows:

1. On November 1, 2023, Defendant filed its Motion for Judgment on the Pleadings [D.E. 13] and Motion to Stay the proceedings [D.E. 14] until its motion for judgment on the pleadings is ruled upon. Plaintiff's responses to the motions are due on November 17, 2023.

2. Counsel for Plaintiff needs additional time, through and including December 1, 2023, within which to respond to the motions due to an extraordinarily heavy case load with deadlines requiring filings in other matters.

3. Undersigned counsel for Plaintiff contacted Defendant's counsel, Griffin Klema, Esq., about the extension of time and he does not oppose the motion and agrees to extend the

deadline to December 1, 2023, to allow Plaintiff to properly respond to the motions.

4. The requested extension of time is being made in good faith and prior to the expiration date for Plaintiff's responses to the motions.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff's unopposed extension of time, through and including December 1, 2023, to file her responses to (1) Defendant's Motion for Judgment on the Pleadings and (2) Defendant's Motion to Stay.

Respectfully submitted,

Dated: November 17, 2023.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza_____
Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.