IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:23-cv-05306

MAUREEN HARRINGTON, as personal
representative for the Estate of BLAINE
HARRINGTON III,

     Plaintiff,

v.

BABY GIZMO COMPANY
d/b/a BABYGIZMO.COM,

     Defendant.

_____

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANT'S MOTIONS**

     **THIS CAUSE** came before the Court upon the Unopposed Motion for Extension of Time for Plaintiff Maureen Harrington to file her responses to Defendant Baby Gizmo Company d/b/a BabyGizmo.com's Motion for Judgment on the Pleadings [D.E. 13] and Motion to Stay the proceedings [D.E. 14]. Being fully advised, it is

     **ORDERED AND ADJUDGED** as follows:

    1.    The Motion is **GRANTED.**

    2.    Plaintiff shall file her responses to Defendant's motions on or before December 1, 2023.

     **SO ORDERED.**

Dated: _____.        _____

                                   STEVEN C. SEEGER
                                   UNITED STATES DISTRICT JUDGE