IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case No. 1:23-cv-05306

MAUREEN HARRINGTON, as personal
representative for the Estate of BLAINE
HARRINGTON III,

      Plaintiff,

v.

BABY GIZMO COMPANY
d/b/a BABYGIZMO.COM,

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Maureen Harrington, as personal representative for the Estate of Blaine Harrington III ("Plaintiff") and defendant Baby Gizmo Company d/b/a BabyGizmo.com ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: December 1, 2023.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.
**COPYCAT LEGAL PLLC**
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

_/s/ Griffin Klema_
Griffin C. Klema, Esq.
*Pro hac vice*
**KLEMA LAW, PL**
410 W. Kennedy Boulevard
Commerce Club, Second Floor
Tampa, FL 33606
PO Box 172381
Tampa, FL 33672

*Attorney for Plaintiff*                    Telephone: (202) 713-5292
                                            griffin@klemalaw.com
                                            *Attorney for Defendant*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 1, 2023, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.


/s/ Daniel DeSouza___

Daniel DeSouza, Esq.