## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Maureen Harrington

                        Plaintiff,

v.                                       Case No.: 1:23–cv–05306

                                       Honorable Steven C. Seeger

Baby Gizmo Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 4, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of settlement (Dckt. No. [20]). The parties have reached a settlement in principle. Based on that representation, the complaint is hereby dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice unless a party seeks and obtains relief by January 15, 2024. The parties must file a stipulation of dismissal when they have executed the settlement agreement. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.